ACCEPTED
03-14-00202-CV
4568301
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/19/2015 3:28:12 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00202-CV

IN THE COURT OF APPEALS

THE THIRD DISTRICT OF TEXAS

AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/19/2015 3:28:12 PM
JEFFREY D. KYLE
Clerk

NEMER MASSAAD, and all other OCCUPANTS

Appellant

V.

WELLS FARGO BANK NATIONAL ASSOCIATION AS TRUSTEE
FOR OPTION ONE MORTGAGE LOAN TRUST 2006-3,
ASSET BACKED CERTIFICATES, SERIES 2006-3

Appellee.

Appeal from the County Court at Law Number One
Travis County, Texas
Trial Court Case No. C-1-CV-14-000401
Hon. Joe Carroll, presiding

**APPELLANT'S SECOND MOTION FOR EXTENSION OF TIME
TO FILE MOTION FOR REHEARING**

TO THE HONORABLE COURT OF APPEALS:

COMES NOW APPELLANT, NEMER MASSAD, who files this Motion for

Extension of Time to File his Motion for Rehearing and respectfully shows the

following:

1. On January 30, 2015, the Court issued its Memorandum Opinion and Judgment.

2. Appellant's deadline to file his Motion for Rehearing was March 18, 2015.

3. Appellant advises the Court that he filed his Motion on March 18 2015 at 12:00 a.m. However, during the process of e-filing, Counsel for Appellant experienced technical difficulties resulting in Appellant's Motion being filed in Bexar County District Court. See Exhibit A. Appellant immediately re-filed his Motion in the Third Court of Appeals at 12:12 a.m. See Exhibit B.

4. Appellant requests a one-day extension of time on which to file his Motion for Rehearing to March 19, 2015 in order that Appellant's Motion can be accepted as timely filed by the Court.

WHEREFORE, PREMISES CONSIDERED, Appellant prays this Court grant his Motion for Extension of Time to File his Motion for Rehearing and extend his deadline to file same to March 19, 2015.

Respectfully submitted,

By: /s/ James Minerve

_____

James Minerve
State Bar No. 24008692
115 Saddle Blanket Trail
Buda, Texas 78610
(210) 336-5867
(888) 230-6397 (Fax)
Attorney for Appellant, Nemer Maasaad

## CERTIFICATE OF CONFERENCE

On March 19, 2015, the undersigned counsel for Appellant conferred with counsel for Appellee, Mark Cronenwett, concerning the foregoing Motion and Mr. Cronenwett stated that he is not opposed to this Motion. See Exhibit C.

/s/ James Minerve

_____

James Minerve

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of March a true and correct copy of the above and foregoing document was sent via Efile.txcourts.gov electronic filing notification system and via facsimile transmittal to the parties of record listed below:

Philip Danaher
Mark D. Cronwett
Mackie Wolf Zientz & Mann, PC
14160 North Dallas Parkway
Parkway Office Center, Suite 900
Dallas, Texas 75254
FAX: 888-230-6397

/s/ James Minerve

_____

James Minerve

        **EXHIBIT A**

# Envelope 4555953

## Case Information

| | |
|---|---|
| Location | Bexar County - District Clerk |
| Date Filed | 03/19/2015 12:00:56 AM |
| Case Number | 03-14-00202-CV |
| Case Description | |
| Assigned to Judge | |
| Attorney | James Minerve |
| Firm Name | Minerve Law Firm |
| Filed By | Maria Rogers |
| Filer Type | Not Applicable |

## Fees

| | |
|---|---|
| Convenience Fee | $0.06 |
| Total Court Case Fees | $0.00 |
| Total Court Filing Fees | $0.00 |
| Total Court Service Fees | $2.00 |
| Total Filing & Service Fees | $0.00 |
| Total Service Tax Fees | $0.00 |
| Total Provider Service Fees | $0.00 |
| Total Provider Tax Fees | $0.00 |
| Grand Total | $2.06 |

## Payment

| | |
|---|---|
| Account Name | Minerve Payment Account |
| Transaction Amount | $2.06 |
| Transaction Response | |
| Transaction ID | 7492814 |
| Order # | 004555953-0 |

## No Fee Documents

| | |
|---|---|
| Filing Type | EFile |
| Filing Code | No Fee Documents |
| Filing Description | |
| Reference Number | |
| Comments | |
| Status | Submitted |

## Fees

| | |
|---|---|
| Court Fee | $0.00 |
| Service Fee | $0.00 |

**Documents**

*Lead Document*                    Appellant's Motion for Rehearing Brief 3rd court FINAL.pdf  [Original]

**EXHIBIT B**

# Case # 03-14-00202-CV

## Case Information

| | |
|---|---|
| Location | 3rd Court of Appeals |
| Date Filed | 03/19/2015 12:12:31 AM |
| Case Number | 03-14-00202-CV |
| Case Description | |
| Assigned to Judge | |
| Attorney | James Minerve |
| Firm Name | Minerve Law Firm |
| Filed By | Maria Rogers |
| Filer Type | Not Applicable |

## Fees

| | |
|---|---|
| Convenience Fee | $0.43 |
| Total Court Case Fees | $0.00 |
| Total Court Filing Fees | $15.00 |
| Total Court Service Fees | $0.00 |
| Total Filing & Service Fees | $0.00 |
| Total Service Tax Fees | $0.00 |
| Total Provider Service Fees | $0.00 |
| Total Provider Tax Fees | $0.00 |
| Grand Total | $15.43 |

## Payment

| | |
|---|---|
| Account Name | Minerve Payment Account |
| Transaction Amount | $15.43 |
| Transaction Response | |
| Transaction ID | 7492817 |
| Order # | PaymentTransactionDetail |

## Motion for Rehearing

| | |
|---|---|
| Filing Type | EFile |
| Filing Code | Motion for Rehearing |
| Filing Description | Motion for Rehearing Brief for Appellant |
| Reference Number | NEMER MASSAAD |
| Comments | |
| Status | Submitting |

## Fees

| | |
|---|---|
| Court Fee | $15.00 |
| Service Fee | $0.00 |

## Documents

*Lead Document*                    Appellant's Motion for Rehearing Brief 3rd court FINAL.pdf  [Original]

*Lead Document*                    Appellant's Motion for Rehearing Brief 3rd court FINAL.pdf  [Original]



EXHIBIT

C

## Maria Rogers

| | |
|---|---|
| **From:** | Mark Cronenwett <mcronenwett@mwzmlaw.com> |
| **Sent:** | Thursday, March 19, 2015 11:41 AM |
| **To:** | Maria Rogers |
| **Cc:** | James Minerve; jgminerve@aol.com |
| **Subject:** | RE: (Nemer Massaad v. Wells Fargo) Appellant's Motion for Extension of Time |

James,

Pursuant to your voice mail of earlier today, I don't oppose your 2nd motion to extend the time for filing your motion for rehearing to today, March 19, 2015.

Thanks,

Mark D. Cronenwett
Mackie Wolf Zientz & Mann, PC
14160 N. Dallas Parkway, Suite 900
Dallas, TX 75254
Direct: (214) 635-2670
Main: (214) 635-2650
Fax: (214) 635-2686
mcronenwett@mwzmlaw.com
http://mwzmlaw.com/



**MACKIE WOLF**
**ZIENTZ MANN**
**Arkansas Tennessee**
**Texas**

This e-mail and its attachments, if any, may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify me of the misdirection by reply e-mail.